UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEON D. SMALLEY,

    Petitioner,

    v.

WILLIAM HUTCHINGS, *et al.*,

    Respondents.

Case No. 3:21-cv-00331-RCJ-CLB

**ORDER**

    In this habeas corpus action, the petitioner, Deon D. Smalley, represented by appointed counsel, was due to file an amended habeas petition by June 1, 2022. *See* Order entered March 3, 2022 (ECF No. 12) (90 days to file amended petition).

    On May 31, 2022, Smalley filed a motion for extension of time (ECF No. 15), requesting a 90-day extension of time, to August 30, 2022. Smalley's counsel states that the extension of time is necessary because of the complexity of this case. Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

    **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 15) is **GRANTED**. Petitioner will have until and including **August 30, 2022**, to file an amended petition for writ of habeas corpus.

    **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered March 3, 2022 (ECF No. 12) will remain in effect.

///

///

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), William Hutchings is substituted for William Gittere as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 14th day of June, 2022.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE