LAW OFFICE OF JAY A. NELSON
Jay A. Nelson
Admitted *pro hac vice*
637 SW Keck Drive, No. 415
McMinnville, OR 97128
Telephone: (503) 857-0873
Facsimile: (503) 419-4371
Email: jay@jayanelson.com

Attorney for Petitioner Deon D. Smalley

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEON D. SMALLEY, | Case No. 3:21-cv-00331-APG-CLB |
| Petitioner, | UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION; DECLARATION OF COUNSEL IN SUPPORT |
| vs. | |
| WILLIAM HUTCHINGS, et al., | |
| Respondents. | (Fifth Request) |

1

# MOTION

Petitioner Deon D. Smalley, by and through his counsel, respectfully moves for an extension of time until February 21, 2023 to file an amended petition for a writ of habeas corpus. The good cause for this motion is set forth in the attached declaration of counsel. As set forth therein, Respondents do not object to this request. *See* Declaration of Jay A. Nelson ¶ 5. This is Mr. Smalley's fifth extension request.

Respectfully submitted,

DATED: January 26, 2023  LAW OFFICE OF JAY A. NELSON

*/s/ Jay A. Nelson*
JAY A. NELSON
637 SW Keck Drive, No. 415
McMinnville, OR 97128

Attorney for Petitioner Deon D. Smalley

IT IS SO ORDERED.

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: January 27, 2023