LAW OFFICE OF JAY A. NELSON
Jay A. Nelson
Admitted *pro hac vice*
637 SW Keck Drive, No. 415
McMinnville, OR 97128
Telephone: (503) 857-0873
Facsimile: (503) 419-4371
Email: jay@jayanelson.com

Attorney for Petitioner Deon D. Smalley

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEON D. SMALLEY, | Case No. 3:21-cv-00331-APG-CLB |
| Petitioner, | MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION; DECLARATION OF COUNSEL IN SUPPORT |
| vs. | |
| WILLIAM HUTCHINGS, et al., | |
| Respondents. | (Sixth Request) |

1

# **MOTION**

Petitioner Deon D. Smalley, by and through his counsel, respectfully moves for an extension of time until March 1, 2023 to file an amended petition for a writ of habeas corpus. The good cause for this motion is set forth in the attached declaration of counsel. As set forth therein, Mr. Smalley has been unable to obtain Respondents' position on this motion. *See* Declaration of Jay A. Nelson ¶ 4. This is Mr. Smalley's sixth extension request.

Respectfully submitted,

DATED: February 15, 2023        LAW OFFICE OF JAY A. NELSON

*/s/ Jay A. Nelson*
JAY A. NELSON
637 SW Keck Drive, No. 415
McMinnville, OR 97128

Attorney for Petitioner Deon D. Smalley

IT IS SO ORDERED.

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: February 16, 2023