UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEON D. SMALLEY,

    Petitioner,

v.

GABRIELLA NAJERA, *et al.*,

    Respondents.

Case No. 3:21-cv-00331-APG-CLB

**ORDER**

In this habeas corpus action, the respondents filed a motion to dismiss on May 30, 2023. ECF No. 31. The petitioner, Deon D. Smalley, represented by appointed counsel, filed an opposition to the motion to dismiss on July 14, 2023. ECF No. 39. Respondents are due to file a reply to the opposition to the motion to dismiss by August 14, 2023. *See* ECF No. 38 (30 days for reply in support of motion to dismiss) (August 13 is a Sunday). On July 21, 2023, Respondents filed a motion for extension of time, requesting an extension of time to August 4, 2023, to file their reply in support of their motion to dismiss. ECF No. 40. I will deny that motion, as unnecessary; Respondents have until August 14, 2023, to file their reply.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time **(ECF No. 40) is DENIED** as unnecessary. Respondents have until and including **August 14, 2023**, to file a reply to Petitioner's opposition to the motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered March 3, 2022 (ECF No. 12) will remain in effect.

DATED THIS 24th day of July, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE