UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEON D. SMALLEY,

    Petitioner,

v.

GABRIELLA NAJERA, *et al.*,

    Respondents.

Case No. 3:21-cv-00331-APG-CLB

**ORDER**

    In this habeas corpus action, the respondents filed a motion to dismiss on May 30, 2023. ECF No. 31. Petitioner Deon D. Smalley filed an opposition to the motion to dismiss on July 14, 2023. ECF No. 39. Respondents were then due to file a reply by August 14, 2023. *See* ECF No. 38 (30 days for reply) (August 13 was a Sunday). On August 14, 2023, Respondents filed a motion for extension of time (ECF No. 42), requesting a 30-day extension—to September 13, 2023. Respondents' counsel states that this extension is necessary because of understaffing in the Office of the Attorney General and his obligations in other cases. Respondents' counsel represents that Smalley, who is represented by appointed counsel, does not oppose the motion for extension of time. I find that the motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time.

    **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time **(ECF No. 42) is GRANTED**. Respondents will have until and including **September 13, 2023**, to file a reply to Petitioner's opposition to the motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered March 3, 2022 (ECF No. 12) will remain in effect.

    DATED THIS <u>15th</u> day of <u>August</u>, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1