LAW OFFICE OF JAY A. NELSON
Jay A. Nelson
Admitted *pro hac vice*
637 SW Keck Drive, No. 415
McMinnville, OR 97128
Telephone: (971) 319-3099
Facsimile: (503) 419-4371
Email: jay@jayanelson.com

Attorney for Petitioner Deon D. Smalley

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEON D. SMALLEY,<br><br>                   Petitioner,<br><br>    vs.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>                 Respondents. | Case No. 3:21-cv-00331-APG-CLB<br>ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED PETITION;<br>DECLARATION OF COUNSEL IN SUPPORT<br><br>(First Request) |

1

## **MOTION**

Petitioner Deon D. Smalley, by and through his counsel, respectfully moves for an extension of time until March 20, 2026, to file a second amended petition for a writ of habeas corpus. The good cause for this motion is set forth in the attached declaration of counsel. As set forth therein, Mr. Smalley does not know Respondents' position on this motion. This is Mr. Smalley's first extension request.

Respectfully submitted,

DATED: January 15, 2026          LAW OFFICE OF JAY A. NELSON

*/s/ Jay A. Nelson*
JAY A. NELSON
637 SW Keck Drive, No. 415
McMinnville, OR 97128

Attorney for Petitioner Deon D. Smalley

2

### **DECLARATION OF JAY A. NELSON**

1. I serve as counsel to Petitioner Deon D. Smalley in the above-captioned matter. I am a member of this Court's Criminal Justice Act Appellate Panel, and am admitted in this case *pro hac vice*. Except where otherwise expressly noted, I state the following on personal knowledge and if called as a witness could testify competently thereto.

2. While this matter was stayed for Mr. Smalley to exhaust state court remedies, the Nevada Court of Appeals decided his postconviction appeal in October 2025. In December 2025, this Court lifted the stay and abeyance, and ordered Mr. Smalley to file any second amended habeas corpus petition on or before January 23, 2026. ECF No. 58.

3. By this motion, I respectfully request an extension of time until March 20, 2026, to file Mr. Smalley's second amended petition.

4. The circumstances of this case support the requested extension. This is a serious attempted murder case involving a 40-year sentence. The Court ruled that Mr. Smalley's first amended federal petition was entirely unexhausted (ECF No. 51), which requires analysis of the case anew, in many respects, in light of the Court of Appeals's recent decision. That decision itself spans nine pages, and raises a host of factual, legal, and procedural issues to consider. I respectfully request additional time to complete a thorough evaluation of the Court of Appeals's decision, confer with Mr. Smalley, and file the strongest possible second amended petition that I can on his behalf.

5. The circumstances of my caseload further support the requested extension. Since the Court's order terminating the stay and abeyance—and in addition to work disruptions due to the holiday season, as well as escalating responsibilities to ailing

3

elderly parents by members of Mr. Smalley's team—I have filed a large habeas corpus petition in this District challenging a first-degree murder conviction and *de facto* life sentence, among other diligent work on large postconviction matters.  Between now and Mr. Smalley's requested deadline of March 20, 2026—in addition to Mr. Smalley's second amended petition—I am also due to file, *inter alia*:

a.  An opening brief arising out of an E.D. Cal. drug prosecution involving a conditional plea and 188-month sentence;

b.  A motion for a certificate of appealability in a complex D. Or. 28 U.S.C. § 2255 matter involving a life sentence for sex abuse convictions after an 11-day trial; and

c.  An opening brief in a D. Or. RICO/VICAR prosecution involving a monthlong jury trial and life sentence.

6.  In addition to the foregoing, I am responsible for numerous compensated and *pro bono* matters I do not enumerate here.

7.  I addressed this request with Deputy Attorney General Leslie A. Healer, via email, at approximately noon on January 14, 2026.  As of this writing, I have not received a response from Ms. Healer.  I respectfully submit this motion without further delay, in part, because I am scheduled to be out of the office on pre-planned leave at the beginning of next week.

////

////

////

////

////

4

8. For these reasons, I respectfully ask the Court to recognize the diligence and substantial need supporting this request, and to extend the deadline for Mr. Smalley to file a second amended petition until March 20, 2026.

I declare under penalty of perjury of the laws of the United States that the forgoing is true and correct.

DATED: January 15, 2026

/s/ Jay A. Nelson
JAY A. NELSON

IT IS SO ORDERED:

Dated:__January 16, 2026____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

5