LAW OFFICE OF JAY A. NELSON
Jay A. Nelson
Admitted *pro hac vice*
637 SW Keck Drive, No. 415
McMinnville, OR 97128
Telephone: (971) 319-3099
Facsimile: (503) 419-4371
Email: jay@jayanelson.com

Attorney for Petitioner Deon D. Smalley

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEON D. SMALLEY,<br><br>               Petitioner,<br><br>   vs.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>               Respondents. | Case No. 3:21-cv-00331-APG-CLB<br><br>ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME TO FILE<br>SECOND AMENDED PETITION;<br>DECLARATION OF COUNSEL IN SUPPORT<br>(Second Request) |

## MOTION

Petitioner Deon D. Smalley, by and through his counsel, respectfully moves for an extension of time until May 22, 2026, to file a second amended petition for a writ of habeas corpus.  The good cause for this motion is set forth in the attached declaration of counsel.  As set forth therein, Respondents do not oppose this motion.  This is Mr. Smalley's second extension request.

Respectfully submitted,

DATED: March 13, 2026        LAW OFFICE OF JAY A. NELSON

/s/ Jay A. Nelson
JAY A. NELSON
637 SW Keck Drive, No. 415
McMinnville, OR 97128

Attorney for Petitioner Deon D. Smalley

IT IS SO ORDERED:

Dated:__March 16, 2026____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2